1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KAREEM J. HOWELL,                          No.  2:19-cv-2551 DB P

12                   Plaintiff,

13        v.                                      ORDER

14    CONRAD, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

18    (ECF No. 22.)  Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within

19    seven days, whether they have any objection to the dismissal of this action.  Should defendants

20    fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

21    Dated:  January 29, 2021

22

23

24                                                DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                  1